

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| El Paso County Water Improvement District 1, | § | No. 08-21-00206-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 243rd District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Rogelio Trevizo, | | |
| | § | (TC# 2019DCV1164) |
| Appellee. | | |
| | § | |

**O R D E R**

Pending before the Court is the parties joint first motion for extension of time to complete mediation. The Court GRANTS the request to extend the deadline to complete mediation until March 14, 2022. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of December 3, 2021.

IT IS SO ORDERED this 7th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.